# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODY EDELMAN, | : | |
|    Petitioner | : | |
| | : | No. 1:20-cv-01040 |
| v. | : | |
| | : | (Judge Kane) |
| WARDEN ERIC BRADLEY, | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 13th of November 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

2. The above-captioned case shall remain **CLOSED**.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania